## E. C. MULLENDORE, Jr., v. UNITED STATES of America.
### No. 1063.

Circuit Court of Appeals, Tenth Circuit.
March 23, 1934.

McCoy, Craig & Pearson, of Pawhuska, Okl., for appellant.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed for failure to prosecute.

## MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION v. Elmer H. DAVIS.
### No. 1002.

Circuit Court of Appeals, Tenth Circuit.
March 26, 1934.

Dudley, Hyde, Duvall & Dudley, of Oklahoma City, Okl., and G. J. Cleary, P. E. Horan and V. J. Skutt, of Omaha, Neb., for appellant.

Murrah & Bohanon, of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed on stipulation.

## SHINSAKU NAGANO et al. v. Tony. CHAN et al.
### No. 5230.

Circuit Court of Appeals, Seventh Circuit.
April 25, 1934.

Jerone L. Svoboda and John F. Brezina, both of Chicago, Ill., for appellee.

Before ALSCHULER, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.
On motion of counsel for appellee, it is now here ordered, adjudged, and decreed that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed, with costs.